### IN THE U.S. DISTRICT COURT OF KANSAS
### AT KANSAS CITY

ANDREW K. MARKS                                )
5811 Bridleford Ln.                            )
St. Louis, Missouri 63129                      )
                                               )
                        Plaintiff,             )
                                               )
v.                                             )  Case No. _06-2150 JWL/DJW___
                                               )
THE UNIVERSITY OF KANSAS                        )
Strong Hall                                    )
1450 Jayhawk Blvd, Suite 245                   )
Lawrence, Kansas 66045                         )
                                               )
                        Defendant.             )

## PETITION FOR DAMAGES

COMES NOW Plaintiff Andrew K. Marks and for his causes of action against Defendant The University of Kansas states and alleges as follows:

## GENERAL ALLEGATIONS

1.      Plaintiff Andrew Marks is a resident of St. Louis, St. Louis County, Missouri.  He is a student enrolled at the University of Kansas.

2.      Defendant the University of Kansas (hereinafter, "KU") is a state institution of higher learning that operates under authority of the state of Kansas.

3.      Defendant KU is principally located in Lawrence, Douglas County, Kansas.

4.      Defendant KU is an educational facility that offers on-campus housing to students enrolled in the university.

5.      At all times material hereto, Plaintiff Andrew Marks was boarding in on-campus housing provided by Defendant KU.

6.      At all times mentioned herein, Defendant KU has acted by and through its duly-authorized officers and/or managers and/or agents and/or servants and/or employees, all of whom were acting within the course and scope of their agency or employment or other relationship with the Defendant.

7.      On or about August 29, 2005, Plaintiff Andrew Marks was boarding at the Jayhawk Towers, a dormitory owned and/or operated and/or managed and/or maintained by Defendant KU.

8.      On or about August 29, 2005, Plaintiff Andrew Marks was authorized under his student agreement with Defendant KU to inhabit and occupy the dormitory commonly known as Jayhawk Towers.

9.      Defendant KU retained control over the premises and agreed and/or had a duty to make repairs and maintain the premises in a reasonably safe condition.

10.     On or about August 29, 2005, Plaintiff Andrew Marks sustained serious, permanent and disabling injuries when the dangerous window of his dorm room at Jayhawk Towers shattered and severely lacerated his arm.

## <u>COUNT I – PREMISES LIABILITY</u>

COMES NOW Plaintiff and for Count I of his Petition for Damages against Defendant KU, states and alleges as follows:

11.    Plaintiff incorporates by reference as though fully set forth herein each and every other allegation of her Petition for Damages.

12.    The window pane of Plaintiff's dorm room, was in poor repair and/or was not constructed of tempered glass and/or was negligently and carelessly installed and as a result the premises were not reasonably safe.

13.    Defendant KU knew of the dangerous condition of the window described above and knew that such condition was not reasonably safe.

14.    Defendant KU knew or had information from which the Defendants, in the exercise of ordinary care, should have known that persons such as Plaintiff would not discover the dangerous and unsafe condition described above or realize the risk of harm.

15.    Defendant KU failed to use ordinary care to either make the window reasonably safe or adequately warn of the dangers posed by the window.

16.    As a direct and proximate result of the negligence and failure to use ordinary care on the part of the Defendant KU, Plaintiff Andrew Marks suffered and continues to suffer from severe, permanent and disabling injuries, including the following:  multiple lacerations to the arm necessitating surgery, damage to the tendons of the right arm, hand and wrist, and contusions to the right arm, hand and wrist.  Plaintiff Marks has been forced to undergo emergency room treatment, hospitalization, in-patient and out-patient therapy and treatment, surgeries and other necessary medical care.  He has incurred and will in the future incur substantial medical bills because of the costs and expense of care and treatment for

the injuries suffered as a result of the window pane breaking which was caused by the Defendants' wrongdoing.  Plaintiff Marks will need ongoing evaluation, care, and treatment and in all likelihood will require further surgery and other medical intervention, all of which will force him to spend substantial sums of money and incur additional medical bills.  Plaintiff Marks has undergone and will continue to undergo extensive and severe pain and suffering, as well as permanent scarring and disfigurement of his right arm, wrist and hand.  He has suffered and will continue to suffer from mental anguish and emotional distress, all as a result of the Defendant KU's wrongdoing.

WHEREFORE, Plaintiff prays for judgment under Count I for general damages in such sum as is fair and reasonable, for special damages in such sum as proven at trial, for his costs and expenses herein incurred, and for such other and further relief as the Court deems just and proper.

<u>**COUNT II – NEGLIGENCE**</u>

COMES NOW Plaintiff Andrew Marks, by and through his attorneys, and for Count II of his Petition for Damages against the Defendant KU states and alleges as follows:

17.     Plaintiff incorporates by reference as though fully set forth herein each and every other allegation of this Petition for Damages.

18.     Defendants were negligent and careless in the following respects, among others:

4

(a)     They negligently and carelessly failed to select an appropriate window to install in Plaintiff's dormitory;

(b)     They negligently and carelessly failed to properly install the window that shattered and caused Plaintiff's injuries;

(c)     They negligently and carelessly failed to properly repair and maintain the window that shattered and caused Plaintiff's injuries;

(d)     They negligently and carelessly failed to warn Plaintiff and/or others of the dangerous and unsafe nature of the window that shattered and caused Plaintiff's injuries;

(e)     They negligently and carelessly failed to warn the dorm occupants, including Plaintiff, that the glass was old and/or not of sufficient strength such that persons should not place any body parts on the window for risk of the window shattering;

(f)     They negligently and carelessly used a window that was not constructed of tempered glass when they knew that there were significant dangers in doing so;

(g)     They negligently and carelessly allowed persons, including Plaintiff Marks to occupy the dorm, knowing that the windows were old and/or not constructed of shatter resistant materials; and/or,

(h)     They negligently and carelessly selected, installed and maintained a dangerous and defective window when they knew that the use

of such a window would create a false sense of security for occupants, students and others in the dormitory.

18.     As a direct and proximate result of the negligence of the Defendants described above, Plaintiff suffered all of the personal injuries and other damages described in Count I.

WHEREFORE, Plaintiff prays for judgment under Count II for general damages in such sum as is fair and reasonable, for special damages in such sum as proven at trial, for his costs and expenses herein incurred, and for such other and further relief as the Court deems just and proper.

Plaintiff hereby designates Kansas City, Kansas for trial.

Plaintiff hereby demands a Jury Trial.

Respectfully submitted,

THE BARNES LAW FIRM, LLC


*/s/ Kenneth E. Barnes*
Kenneth E. Barnes – MO #48579
City Center Square
1100 Main St. Suite 2600
Kansas City, Missouri 64105
Tele:  (816) 876-2600
Fax:  (816) 221-8763
kbarnes@barnesfirmllc.com


**ATTORNEYS FOR PLAINTIFF**