AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court
## District of Kansas

Andrew K. Marks

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 06-2150 KHV/GLR

The University of Kansas

TO: (Name and address of defendant)

The University of Kansas
Strong Hall
1450 Jayhawk Blvd., Suite 245
Lawrence, Kansas 66045

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth E. Barnes
The Barnes Law Firm, LLC
1100 Main, Suite 2600
Kansas City, Missouri 64105

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Ralph L. DeLoach,
259 Robert J. Dole Courthouse
500 State Avenue
Kansas City, KS 66101-2480

CLERK

(BY) DEPUTY CLERK

June 23, 2006

DATE

AO 440 (Rev. 8/01) Summons In a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 6-26-2006 |
| NAME OF SERVER (PRINT) Beverly Pendleton | TITLE Paralegal |

Check *one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-26-2006
        Date

Signature of Server /s/ Beverly Pendleton
1100 Main, Ste. 2600
Kansas City, MO 64105
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The University of Kansas
1450 Jayhawk Blvd.
Suite 245
Lawrence, KS 66045

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Nancy Brune_   ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Nancy Brune
C. Date of Delivery: 6/27/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 0100 0001 8847 3186